## CHEMICAL BANK, TRUSTEE *v.* SATBIR SINGH PAUL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 16485) is denied.

*Satbir Singh Paul*, pro se, in support of the petition.

*Michele D. Sensale*, in opposition.

Decided April 10, 1997

## STATE OF CONNECTICUT *v.* EDWIN MEJIAS, JR.

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 695 (AC 13871), is denied.

*Earle Giovanniello*, in support of the petition.

*Richard F. Jacobson*, assistant state's attorney, in opposition.

Decided April 10, 1997

## STATE OF CONNECTICUT *v.* WILLIAM BARRETT

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 667 (AC 13834), is denied.

*James B. Streeto*, special public defender, in support of the petition.

*Michele C. Lukban*, deputy assistant state's attorney, in opposition.

Decided April 10, 1997